NO. 07-07-0401-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 11, 2008
_____

RICKY MORRISON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2007-417,356; HONORABLE CECIL G. PURYEAR, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ABATEMENT AND REMAND**

Following a plea of not guilty, appellant Ricky Morrison was convicted by jury of aggravated sexual assault and sentenced to fifty years confinement. Appellant timely filed a notice of appeal challenging his conviction. The clerk's record filed on January 9, 2008 contains the Trial Court's Certification of Defendant's Right of Appeal. The form, however, is not signed by appellant as required by Texas Rule of Appellate Procedure 25.2(d).[1]

---

[1] Texas Rule of Appellate Procedure 25.2(d) was amended, effective September 1, 2007, to require that a defendant sign the certification and receive a copy.

Consequently, we abate this appeal and remand the cause to the trial court for further proceedings. On remand, the trial court shall utilize whatever means necessary to secure a Certification of Defendant's Right of Appeal in compliance with Texas Rule of Appellate Procedure 25.2(d). Once properly executed, the certification shall be included in a supplemental clerk's record and filed with this Court on or before February 11, 2008.

It is so ordered.


Per Curiam


Do not publish.